IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| RICKY DEON BOYER, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 12-1532 |
| | ) | Chief Judge Joy Flowers Conti/ |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| GERALD L. ROZUM; THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | ) ) ) | |
| Respondents. | ) | |

## ORDER

AND NOW, this 12th day of March 2015, for the reasons set forth in the accompanying memorandum opinion,

IT IS HEREBY ORDERED that the objections are overruled and that the Petition is denied.

IT IS FURTHER ORDERED that the Report and Recommendation, ECF No. 14, filed on January 22, 2015, by Chief Magistrate Judge Kelly, is adopted as the opinion of the Court.

A Certificate of Appealability is denied.

Dated:  March 12, 2015  /s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

cc:   The Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All counsel of record via CM-ECF

Ricky Deon Boyer
EK-2060
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510